**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0596n.06
Filed: October 2, 2008

**No. 07-6429**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

PADUCAH & LOUISVILLE RAILWAY, INC., )
)
    Plaintiff-Appellant, ) ON APPEAL FROM THE
) UNITED STATES DISTRICT
    v. ) COURT FOR THE WESTERN
) DISTRICT OF KENTUCKY
QUIXX CORPORATION, UTILITY ENGINEERING )
CORPORATION, and XCEL ENERGY, INC., )
)
    Defendants-Appellees. )

_____

BEFORE: BOGGS, Chief Judge, GIBBONS, and GRIFFIN, Circuit Judges.

PER CURIAM.

Following an eleven-car derailment, plaintiff railway sued the repair facility that serviced its railcar seven years prior to the accident. The district court granted summary judgment in favor of defendants because it concluded, inter alia, that plaintiffs could not establish that defendants' alleged negligence proximately caused the derailment.

After reviewing the record, the parties' briefs, and the applicable law, we conclude that issuance of a panel opinion would not serve any jurisprudential purpose. Thus, we affirm the district court's well-reasoned decision for the reasons stated in that court's summary judgment opinion and order of September 18, 2007, and its opinion and order of October 29, 2007, denying plaintiff's motion for reconsideration.

AFFIRMED.